UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

YAIR VARGAS TORRES 246393057,       )
                                    )
                Petitioner,         )
                                    )
        v.                          )        No. 2:25-cv-00629-MPB-MKK
                                    )
SAMUEL OLSON Field Office Director of )
Chicago, Illinois, Office of Detention and )
Removal, U.S. Immigrations and Customs )
Enforcement; U.S. Department of Homeland )
Security, *et al.*,                 )
                                    )
                Respondents.        )

**ORDER**

The Court granted Yair Vargas Torres's petition for a writ of habeas corpus in part. Dkt. 14. The Court granted Mr. Vargas Torres's motion to dismiss respondent Brison Swearingen from the case without prejudice and terminated him from the docket. *Id.* at 6. The Court directed Mr. Vargas Torres to file a motion to add his new custodian as a respondent and withheld the entry of final judgment in anticipation of that motion. *Id.*

Mr. Vargas Torres's motion to vacate Respondent Swearingen's dismissal, dkt. [15], is **granted**. The **clerk is directed** to **restore** Mr. Swearingen as a respondent on the docket and to restore his attorneys' appearances, dkts. 7, 8.

The **clerk is directed** to enter **final judgment** consistent with the Court's previous order, dkt. 14.

**IT IS SO ORDERED.**

Dated: April 1, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Rachel Dever
Church Church Hittle and Antrim
rdever@cchalaw.com

Afshan Jabeen Khan
Law Office of Afshan J Khan
ajkhanesq@gmail.com

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM (Noblesville)
lroberts@cchalaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov